| | | Amount | Amount |
|---|---|---|---|
| Date: 01/25/10 | **DIVIDENDS REMITTED TO THE COURT** | Receipt # 6888 · 3.41 1/26 | Page: |

Case Number 07-23154 - BARTON, JAMES D.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Metropolitan Collection / Waterwatch Cor<br>PO Box 18637<br>Rochester, NY 14618 | 000003 | 92.13 | 3.41 |
| ---------- Remittance Total --------------- | | 92.13 | 3.41 |

C. BRUCE LAWRENCE, Trustee



FILED JAN 26 2010 BANKRUPTCY COURT ROCHESTER, NY